UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| HAIKAL, FAWWAZ ) | Case No. 07-04270-ERW | |
| HAIKAL, SUSAN ) | | |
| Debtor(s).   ) | Hon. Eugene R. Wedoff | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, IL 60604

    On: **April 8, 2009**               Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $50,304.23 |
    | Disbursements | $1,042.27 |
    | Net Cash Available for Distribution | $49,261.96 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| Frances Gecker<br>*Trustee Compensation* | $0.00 | $5,765.19 | $0.00 |
| FRANK/GECKER LLP<br>*Attorney for Trustee* | $0.00 | $7,988.00 | $510.41 |
| ALAN D. LASKO & ASSOCIATES<br>*Accountant for Trustee* | $996.70 | $0.00 | $0.00 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| n/a | | | |

6.   Claims of general unsecured creditors totaling $46,220.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 75.7200%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank/DFS-Services LLC | $7,100.17 | $5,376.32 |
| 000002 | Charming Shoppes/Catherines | $834.93 | $632.22 |
| 000004 | Sallie Mae | $6,835.39 | $5,175.83 |
| 000005 | Chase Bank USA, N.A | $1,705.25 | $1,291.23 |
| 000006 | US Bank / Retail Payment Solutions | $14,957.39 | $11,325.89 |
| 000007 | Card Processing Center | $3,138.98 | $2,376.87 |
| 000008 | VATIV Recovery Solutions, LLC | $757.52 | $573.60 |
| 000009 | LVNV Funding LLC Its Successors And Assigns as assignee of Citibank Resurgent Capital Services | $4,939.06 | $3,739.91 |
| 000010 | LVNV Funding LLC Its Successors And Assigns as assignee of OSI Resurgent Capital Services | $888.66 | $672.90 |
| 000011 | LVNV Funding LLC Its Successors And Assigns as assignee of Citibank Resurgent Capital Services | $821.98 | $622.41 |
| 000012 | LVNV Funding LLC | $2,305.05 | $1,745.41 |
| 000013 | LVNV Funding LLC Its Successors And Assigns as assignee of Citibank Resurgent Capital Services | $783.31 | $593.13 |
| 000014 | LVNV Funding LLC | $1,152.45 | $872.64 |

7. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

8. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor(s) have been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CHECKING ACCOUNT | $0.00 |

Dated: **March 13, 2009**   For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
219 S. Dearborn Street, 7th Floor
Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street, Suite 625
Chicago, IL  60654
(312) 276-1401

{ HAIKAL / 001 / 00016558.DOC /}   3

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                   Date Rcvd: Mar 13, 2009
Case: 07-04270                Form ID: pdf002              Total Served: 49

The following entities were served by first class mail on Mar 15, 2009.
db/jdb         +Fawwaz Haikal,    Susan Haikal,    419 N Salem Dr,    Schaumburg, IL 60194-4328
11230001       +Amjad Marhairi,    819 E. Winfal Drive,    Schaumburg, IL 60173-6192
11230002       +Arrow Financial Servic,    5996 W Touhy Ave,    Niles, IL 60714-4610
11230005       +Arrow Fincl,    8589 Aero Drive,    San Diego, CA 92123-1722
11230006       +Arrow Ser,    5996 West Touhy Ave Po # Smi-0000013221,    Niles, IL 60714-4610
11230008       +Blatt, Hasenmiller, Leibsker&Moore,    125 S. Wacker Drive,    Chicago, IL 60606-4424
11230009       +Bp/Citi,    Po Box 15687,    Wilmington, DE 19850-5687
11230010       +Cap 1 Bank,    Po Box 85015,    Richmond, VA 23285-5015
11570865       +Card Processing Center,    Pob 23356,    Pittsburgh PA 15222-6356
11230011       +Catherines,    Catherines/Tape Reporting 3750 State Ro,    Bensalem, PA 19020-5903
11528581       +Charming Shoppes/Catherines,    C/O First Express,    PO Box 856044,    Louisville, KY 40285-6044
11559920       +Chase Bank USA, N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11230012        Discovr Cd,    Po Box15316 Att:Cms/Prod Develop,    Wilmington, DE 19850-5316
11230014        Dress Barn,    Po Box 182273,    Columbus, OH 43218-2273
11230015        Fcnb/Mast,    Po Box 92268,    Norcross, GA 30010
11230017       +Hsbc/Bsbuy,    Po Box 15519,    Wilmington, DE 19850-5519
11230018       +Hsbc/Carsn,    Po Box 10327,    Jackson, MS 39289-0327
11230019       +Hsbc/Kmart,    Po Box 15524,    Wilmington, DE 19850-5524
11230020       +Hsbc/Vlcty,    Pob 15521,    Wilmington, DE 19850-5521
11230021      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court: Department of Treasury,      Internal Revenue Service,
                 Centralized Insolvency Operations,    Pob 21126,    Philadelphia, PA 19114)
11230030      ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
                (address filed with court: Nco Fin/99,    Po Box 41466,    Philadelphia, PA 19101)
11230029        Midland,    5575 Roscoe Court,    San Diego, CA 91823
11230031       +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
11230032       +Palisades,    210 Sylvan Ave,    Englewood Cliffs, NJ 07632-2524
11230033        Resurgence Financial,    4100 Department,    Northbrook, IL 60062
11230034        Risk Management Alte,    Duluth, GA 30096
11230035        Risk Management Alte,    802 E Martintown Rd Ste 201  Inc N Augus,    Duluth, GA 30096
11230036       +Rogersholl,    P.O. Box 981400  C145,    El Paso, TX 79998-1400
11543498       +Sallie Mae,    c/o Sallie Mae Inc,    220 Lasley Avenue,    Wilkes-Barre, Pennsylvania 18706-1496
11230037       +Sallie Mae,    1002 Arthur Drive,    Lynn Haven, FL 32444-1683
11230039       +Shell/Citi,    Po Box 15687,    Wilmington, DE 19850-5687
11230040       +Soanb/Fbug,    745 Center Street,    Milford, OH 45150-1324
11230041       +Spiegel,    Po Box 9204,    Old Bethpage, NY 11804-9004
11230042      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: Us Bank,     Cb Disputes  Po Box 108,    St Louis, MO 63116)
11561980       +US Bank / Retail Payment Solutions?,    PO Box 5229,    Cincinnati, OH 45201-5229
11638250       +Vativ Recovery Solutions, LLC,    As Agent for Palisades Collection, LLC,    P.O. Box 19249,
                 Sugar Land, TX 77496-9249
11230043        Wffnb/Rms,    Po Box 182121,    Columbus, OH 43218-2121
11230044        Wffnb/Vs,    Po Box 182128,    Columbus, OH 43218-2128
11230045       +Wfnnb/Ave.,    Po Box 29185,    Shawnee Mission, KS 66201-9185

The following entities were served by electronic transmission on Mar 14, 2009.
11230000       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                             Aac,
                 Po Box 2036  28405 Van Dyke Rd,    Warren, MI 48090-2036
11230007       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                             Asset Accept,    Po Box 2036,
                 Warren, MI 48090-2036
11526406        E-mail/PDF: mrdiscen@discoverfinancial.com Mar 14 2009 06:58:30
                 Discover Bank/DFS-Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
11230016       +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2009 06:54:11       Gemb/Jcp,    Po Box 984100,
                 El Paso, TX 79998-4100
11230022        E-mail/PDF: cr-bankruptcy@kohls.com Mar 14 2009 06:53:26       Kohls,
                 Sn56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
11650583        E-mail/Text: resurgentbknotifications@resurgent.com                             LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11650505        E-mail/Text: resurgentbknotifications@resurgent.com
                 LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11650574        E-mail/Text: resurgentbknotifications@resurgent.com
                 LVNV Funding LLC its successors and assigns as,    assignee of OSI,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
11230023       +E-mail/Text: resurgentbknotifications@resurgent.com                             Lvnv Funding,
                 Po Box 740281,    Houston, TX 77274-0281
11230026       +E-mail/Text: resurgentbknotifications@resurgent.com                             Lvnvfundg,
                 Po Box 10584,    Greenville, SC 29603-0584
                                                                                                 TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11230003*      +Arrow Financial Servic,    5996 W Touhy Ave,    Niles, IL 60714-4610
11230004*      +Arrow Financial Servic,    5996 W Touhy Ave,    Niles, IL 60714-4610
11230013*       Discovr Cd,    Po Box15316 Att:Cms/Prod Develop,    Wilmington, DE 19850-5316
11230024*      +Lvnv Funding,    Po Box 740281,    Houston, TX 77274-0281
11230025*      +Lvnv Funding,    Po Box 740281,    Houston, TX 77274-0281
11230027*      +Lvnvfundg,    Po Box 10584,    Greenville, SC 29603-0584
11230028*      +Lvnvfundg,    Po Box 10584,    Greenville, SC 29603-0584
11230038*      +Sallie Mae,    1002 Arthur Drive,    Lynn Haven, FL 32444-1683
                                                                                           TOTALS: 0, * 8
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Mar 13, 2009
Case: 07-04270                Form ID: pdf002          Total Served: 49
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2009**              **Signature:** _Joseph Speetjens_