**FILED**

APR - 8 2009

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
) Case No. 07 B 04270
FAWWAZ AND SUSAN HAIKAL, )
)
)
) Chapter 7
Debtors. )
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FRANCES GECKER, ATTORNEYS FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $7,988.00 | TOTAL COSTS REQUESTED: | $510.41 |
| TOTAL FEES REDUCED: | $402.50 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $7,585.50 | TOTAL COSTS ALLOWED: | $510.41 |

**TOTAL FEES AND COSTS ALLOWED: $8,095.91**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HWIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(1) Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

Dated: April 8, 2009

Eugene R. Wedoff
United States Bankruptcy Judge

1

Frances Gecker, Chapter 7 Trustee                                                                                               Page    4
Invoice Dated:   February 09, 2009

---

Regarding:   In re: Fawwaz and Susan Haikal; Case No. 07 B 04270

For Professional Services Rendered Through February 13, 2009                          Invoice #:   2493
Per Attached Description:

| Date | Description | Hours | Amount |
|---|---|---|---|
| | **Retention of Professionals/Preparation of Fee Application** | | |
| 7/25/2007 | Draft and revise motion to employ Trustee's counsel (1.0); draft and revise affidavit of Frances Gecker, notice and order (.60); office conference with Zane Zielinski regarding same (.20). Christina S. Smith | 1.70 | $297.50 |
| 7/26/2007 | Review and revise motion to employ Frank Gecker LLP. Zane L. Zielinski | 0.40 | $92.00 |
| 8/7/2007 | Prepare for and appear in court on motion to appoint counsel. Zane L. Zielinski | 1.00 | $230.00 |
| 1/24/2008 | Draft and revise motion to employ accountant; electronically filed same with U.S. Bankruptcy Court for the N.D. of IL; serve all interested parties. Christina S. Smith | 1.60 | $280.00 |
| 1/24/2008 | Review and revise motion to employ accountant. Zane L. Zielinski | 0.70 | $192.50 |
| 1/30/2008 | Prepare for and appear in court on motion to employ accountant. Zane L. Zielinski | 0.80 | $220.00 |
| 1/31/2008 | Revise motion to employ accountant and re-file per Judge's Order. Christina S. Smith | 0.30 | $52.50 |
| 5/9/2008 | Receive and review fee application of Trustee's accountant; draft notice of motion, service list and cover sheet; file and serve same. Christina S. Smith | 1.50 | $262.50 |
| 6/3/2008 | Conference with Reed Heiligman regarding information necessary to appear in court on Trustee's Accountant's fee application. Zane L. Zielinski | 0.10 | $27.50 |
| 6/4/2008 | Prepare for and attend hearing on the First and Final Fee Application of Alan Lasko (1.0). Reed Heiligman | 1.00 | $230.00 |
| 8/21/2008 | Begin preparation of first and final fee application of Trustee's counsel. Christina S. Smith | 0.70 | $122.50 |
| 12/18/2008 | Revise final fee application of Frank/Gecker and time slip entries. Christina S. Smith | 1.00 | $175.00 |

Frances Gecker, Chapter 7 Trustee                                                           Page    5
Invoice Dated:  February 09, 2009

---

Regarding:    In re: Fawwaz and Susan Haikal; Case No. 07 B 04270

For Professional Services Rendered Through February 13, 2009                Invoice #:  2493
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---|---|
| 12/18/2008 | Review and revise First and Final Fee Application of Frank/Gecker LLP. Zane L. Zielinski | 1.10 | $302.50 |
| 2/4/2009 | Revise first and final fee application of Frank/Gecker. Christina S. Smith | 0.50 | $87.50 |
| 2/5/2009 | Continue review and revise time slip entries of Frank/Gecker. Christina S. Smith | 0.80 | $140.00 |

Total Charges This Matter                                                                13.20  $2,712.00

#1

*Fee app preparation capped @ $425.00. Deduct $402.50*