**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 07-04270 ERW |
| HAIKAL, FAWWAZ | § | |
| HAIKAL, SUSAN | § | |
| Debtor(s) | § | |
| | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 11,355.00 |
| Total Distributions to Claimants: 35,400.98 | Claims Discharged Without Payment: 80,200.16 |
| Total Expenses of Administration: 14,903.37 | |

3) Total gross receipts of $ 50,304.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 50,304.35 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 52,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 14,903.37 | 14,903.37 | 14,903.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 111,731.00 | 46,220.14 | 46,220.14 | 35,400.98 |
| **TOTAL DISBURSEMENTS** | $ 169,731.00 | $ 61,123.51 | $ 61,123.51 | $ 50,304.35 |

4) This case was originally filed under chapter 7 on 03/11/2007 . The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/30/2009 By:/s/Frances Gecker
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate | 1210-000 | 50,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 304.35 |
| **TOTAL GROSS RECEIPTS** | | $50,304.35 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amjad Marhairi<br>819 E. Winfal Drive<br>Schaumburg, IL 60173 | | 52,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | $ 52,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | 2100-000 | NA | 5,765.19 | 5,765.19 | 5,765.19 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 45.57 | 45.57 | 45.57 |
| FRANK/GECKER LLP | 3110-000 | NA | 7,585.50 | 7,585.50 | 7,585.50 |
| FRANK/GECKER LLP | 3120-000 | NA | 510.41 | 510.41 | 510.41 |
| ALAN D. LASKO & ASSOCIATES | 3410-000 | NA | 980.60 | 980.60 | 980.60 |
| ALAN D. LASKO & ASSOCIATES | 3420-000 | NA | 16.10 | 16.10 | 16.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 14,903.37 | $ 14,903.37 | $ 14,903.37 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| I.R.S.<br>P.O. Box 21125<br>Philadelphia, PA 19114 | | 6,000.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ 6,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AAC<br>P.O. Box 2036 | | 1,439.00 | NA | NA | 0.00 |
| Arrow Financial | | 997.00 | NA | NA | 0.00 |
| Arrow Financial Services | | 30,109.00 | NA | NA | 0.00 |
| Arrow Financial Services | | 3,867.00 | NA | NA | 0.00 |
| Arrow Financial Services | | 1,649.00 | NA | NA | 0.00 |
| Arrow SErvices | | 1,550.00 | NA | NA | 0.00 |
| Blatt, Hasenmiller, Leibsker & Moore | | 0.00 | NA | NA | 0.00 |
| Capital ONe | | 2,520.00 | NA | NA | 0.00 |
| Discover Card | | 207.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dress Barn | | 1,233.00 | NA | NA | 0.00 |
| FCNB/Mastercard | | 2,389.00 | NA | NA | 0.00 |
| GEMB/JCP | | 1,350.00 | NA | NA | 0.00 |
| HSBC/Bestbuy | | 2,732.00 | NA | NA | 0.00 |
| HSBC/Kmart | | 3,233.00 | NA | NA | 0.00 |
| HSBC/Vlcty | | 758.00 | NA | NA | 0.00 |
| LVNV Funding | | 5,889.00 | NA | NA | 0.00 |
| LVNV Funding | | 2,503.00 | NA | NA | 0.00 |
| Midland | | 1,258.00 | NA | NA | 0.00 |
| NCO Fin/99 | | 280.00 | NA | NA | 0.00 |
| Nicor Gas | | 39.00 | NA | NA | 0.00 |
| Resurgence Financial | | 0.00 | NA | NA | 0.00 |
| Risk Management Alte | | 1,705.00 | NA | NA | 0.00 |
| Risk Management Alte | | 78.00 | NA | NA | 0.00 |
| Rogersholl | | 193.00 | NA | NA | 0.00 |
| Soanb/Fbug | | 1,455.00 | NA | NA | 0.00 |
| Wffnb/Rms | | 867.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wffnb/VS | | 724.00 | NA | NA | 0.00 |
| Wffnnb/Ave. | | 357.00 | NA | NA | 0.00 |
| CARD PROCESSING CENTER | 7100-000 | 3,138.00 | 3,138.98 | 3,138.98 | 2,404.21 |
| CHARMING SHOPPES/CATHERINES | 7100-000 | 834.00 | 834.93 | 834.93 | 639.49 |
| CHASE BANK USA, N.A | 7100-000 | 1,705.00 | 1,705.25 | 1,705.25 | 1,306.09 |
| DISCOVER BANK/DFS-SERVICES LLC | 7100-000 | 6,551.00 | 7,100.17 | 7,100.17 | 5,438.17 |
| LVNV FUNDING LLC | 7100-000 | 2,503.00 | 2,305.05 | 2,305.05 | 1,765.49 |
| LVNV FUNDING LLC | 7100-000 | 1,152.00 | 1,152.45 | 1,152.45 | 882.69 |
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7100-000 | 5,889.00 | 4,939.06 | 4,939.06 | 3,782.93 |
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7100-000 | 1,152.00 | 888.66 | 888.66 | 680.64 |
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7100-000 | 821.00 | 821.98 | 821.98 | 629.57 |
| LVNV FUNDING LLC ITS SUCCESSORS AND | 7100-000 | 783.00 | 783.31 | 783.31 | 599.95 |
| SALLIE MAE | 7100-000 | 4,054.00 | 6,835.39 | 6,835.39 | 5,235.37 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| US BANK / RETAIL PAYMENT SOLUTIONS? | 7100-000 | 13,011.00 | 14,957.39 | 14,957.39 | 11,456.18 |
| VATIV RECOVERY SOLUTIONS, LLC | 7100-000 | 757.00 | 757.52 | 757.52 | 580.20 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ 111,731.00 | $ 46,220.14 | $ 46,220.14 | $ 35,400.98 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No: 07-04270 ERW Judge: Eugene R. Wedoff
Case Name: HAIKAL, FAWWAZ
HAIKAL, SUSAN
For Period Ending: 07/07/09

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 03/11/07 (f)
341(a) Meeting Date: 04/12/07
Claims Bar Date: 10/22/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 0.00 | 0.00 | DA | 0.00 | FA |
| 2. HOUSEHOLD GOODS<br>Debtor Claimed Exemption | 450.00 | 0.00 | | 0.00 | FA |
| 3. BOOKS/COLLECTIBLES<br>Debtor Claimed Exemption | 250.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL<br>Debtor Claimed Exemption | 250.00 | 0.00 | | 0.00 | FA |
| 5. FURS AND JEWELRY<br>Debtor Claimed Exemption | 200.00 | 0.00 | | 0.00 | FA |
| 6. LICENSES, FRANCHISES<br>Cab Medallion.<br>Debtor Claimed Exemption | 60,000.00 | 0.00 | | 0.00 | FA |
| 7. AUTOMOBILES, TRUCKS, TRAILERS<br>1994 Honda Accord.<br>Debtor Claimed Exemption | 1,025.00 | 0.00 | | 0.00 | FA |
| 8. AUTOMOBILES, TRUCKS, TRAILERS<br>2003 Ford Crown Victoria<br>Debtor Claimed Exemption | 3,105.00 | 0.00 | | 0.00 | FA |
| | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**


Exhibit 8

Case No: 07-04270 ERW Judge: Eugene R. Wedoff
Case Name: HAIKAL, FAWWAZ
HAIKAL, SUSAN

Trustee Name: Frances Gecker
Date Filed (f) or Converted (c): 03/11/07 (f)
341(a) Meeting Date: 04/12/07
Claims Bar Date: 10/22/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. Real Estate (u) Right, title and interest in Real estate located at 419 Salem Drive, Schaumburg, IL | 0.00 | 0.00 | | 50,000.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 304.35 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $65,280.00 | $0.00 | | $50,304.35 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final report filed and funds distributed.

Initial Projected Date of Final Report (TFR): 09/01/08 Current Projected Date of Final Report (TFR): 03/01/09

/s/ Frances Gecker

____________________ Date: 07/30/09

FRANCES GECKER

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit 9

Case No: 07-04270 -ERW
Case Name: HAIKAL, FAWWAZ
HAIKAL, SUSAN
Taxpayer ID No: 75-6818498
For Period Ending: 07/07/09

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******3765 MONEY MARKET
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/07 | 9 | Mahari Dental Center Ltd.<br>15 N. Geneva Street<br>Elgin, IL 60120 | Purchase of Property | 1210-000 | 20,000.00 | | 20,000.00 |
| 07/06/07 | 9 | Rana Shuayb<br>Amjad Mahairi<br>819 E. Winfal<br>Schaumburg, IL 60173 | Purchase of Property | 1210-000 | 30,000.00 | | 50,000.00 |
| 07/31/07 | 10 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 30.05 | | 50,030.05 |
| 08/31/07 | 10 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 42.49 | | 50,072.54 |
| 09/28/07 | 10 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 31.89 | | 50,104.43 |
| 10/31/07 | 10 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 31.92 | | 50,136.35 |
| 11/30/07 | 10 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 26.79 | | 50,163.14 |
| 12/31/07 | 10 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 23.98 | | 50,187.12 |
| 01/31/08 | 10 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 19.88 | | 50,207.00 |
| 02/05/08 | 001000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond Payment | 2300-000 | | 45.57 | 50,161.43 |
| | | | | Page Subtotals | 50,207.00 | 45.57 | |

Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 07-04270 -ERW
Case Name: HAIKAL, FAWWAZ
HAIKAL, SUSAN
Taxpayer ID No: 75-6818498
For Period Ending: 07/07/09

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******3765 MONEY MARKET
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/08 | 10 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 11.93 | | 50,173.36 |
| 03/31/08 | 10 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 11.86 | | 50,185.22 |
| 04/30/08 | 10 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 10.28 | | 50,195.50 |
| 05/30/08 | 10 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 6.37 | | 50,201.87 |
| 06/05/08 | 001001 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 S. LASALLE STREET<br>SUITE 1240<br>CHICAGO, IL 60603 | First & Final Fee App/Order 6/4/08<br>Order entered 6/4/08 | | | 996.70 | 49,205.17 |
| | | | Fees 980.60 | 3410-000 | | | 49,205.17 |
| | | | Expenses 16.10 | 3420-000 | | | 49,205.17 |
| 06/30/08 | 10 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 6.10 | | 49,211.27 |
| 07/31/08 | 10 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 7.60 | | 49,218.87 |
| 08/29/08 | 10 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 10.42 | | 49,229.29 |
| 09/30/08 | 10 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 10.09 | | 49,239.38 |
| 10/31/08 | 10 | BANK OF AMERICA | Interest Rate 0.200 | 1270-000 | 8.95 | | 49,248.33 |
| 11/28/08 | 10 | BANK OF AMERICA | Interest Rate 0.200 | 1270-000 | 8.07 | | 49,256.40 |
| 12/31/08 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 4.77 | | 49,261.17 |

Page Subtotals 96.44 996.70

Ver: 14.31c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

Case No: 07-04270 -ERW
Case Name: HAIKAL, FAWWAZ
HAIKAL, SUSAN
Taxpayer ID No: 75-6818498
For Period Ending: 07/07/09

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******3765 MONEY MARKET
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/09 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.41 | | 49,261.58 |
| 02/27/09 | 10 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.38 | | 49,261.96 |
| 03/10/09 | 10 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 49,262.08 |
| 03/10/09 | | Transfer to Acct #*******5324 | Final Posting Transfer | 9999-000 | | 49,262.08 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 50,304.35 | 50,304.35 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 49,262.08 | |
| Subtotal | 50,304.35 | 1,042.27 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 50,304.35 | 1,042.27 | |

| | | |
|---|---|---|
| Page Subtotals | 0.91 | 49,262.08 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

Case No: 07-04270 -ERW
Case Name: HAIKAL, FAWWAZ
HAIKAL, SUSAN
Taxpayer ID No: 75-6818498
For Period Ending: 07/07/09

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5324 GENERAL CHECKING
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/10/09 | | Transfer from Acct #*******3765 | Transfer In From MMA Account | 9999-000 | 49,262.08 | | 49,262.08 |
| 04/10/09 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60610 | Chapter 7 Compensation/Fees | 2100-000 | | 5,765.19 | 43,496.89 |
| 04/10/09 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois 60610 | Attorney for Trustee Fees (Trustee | | | 8,095.91 | 35,400.98 |
| | | | Fees 7,585.50 | 3110-000 | | | 35,400.98 |
| | | | Expenses 510.41 | 3120-000 | | | 35,400.98 |
| 04/10/09 | 001002 | Discover Bank/DFS-Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 77% | 7100-000 | | 5,438.17 | 29,962.81 |
| 04/10/09 | 001003 | Charming Shoppes/Catherines<br>C/O First Express<br>PO Box 856044<br>Louisville, KY 40285 | Claim 000002, Payment 77% | 7100-000 | | 639.49 | 29,323.32 |
| 04/10/09 | 001004 | Sallie Mae<br>c/o Sallie Mae Inc<br>220 Lasley Avenue<br>Wilkes-Barre, Pennsylvania 18706 | Claim 000004, Payment 77% | 7100-000 | | 5,235.37 | 24,087.95 |

Page Subtotals 49,262.08 25,174.13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**


Exhibit 9

Case No: 07-04270 -ERW
Case Name: HAIKAL, FAWWAZ
HAIKAL, SUSAN
Taxpayer ID No: 75-6818498
For Period Ending: 07/07/09

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5324 GENERAL CHECKING
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/10/09 | 001005 | Chase Bank USA, N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000005, Payment 77% | 7100-000 | | 1,306.09 | 22,781.86 |
| 04/10/09 | 001006 | US Bank / Retail Payment Solutions?<br>PO Box 5229<br>Cincinnati, OH 45201 | Claim 000006, Payment 77% | 7100-000 | | 11,456.18 | 11,325.68 |
| 04/10/09 | 001007 | Card Processing Center<br>Pob 23356<br>Pittsburgh PA 15222 | Claim 000007, Payment 77% | 7100-000 | | 2,404.21 | 8,921.47 |
| 04/10/09 | 001008 | Vativ Recovery Solutions, LLC<br>As Agent for Palisades Collection, LLC<br>P.O. Box 19249<br>Sugar Land, TX 77496 | Claim 000008, Payment 77% | 7100-000 | | 580.20 | 8,341.27 |
| 04/10/09 | 001009 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000009, Payment 77% | 7100-000 | | 3,782.93 | 4,558.34 |
| 04/10/09 | 001010 | LVNV Funding LLC its successors and assigns as assignee of OSI<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000010, Payment 77% | 7100-000 | | 680.64 | 3,877.70 |
| | | | | Page Subtotals | 0.00 | 20,210.25 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6
Exhibit 9

Case No: 07-04270 -ERW
Case Name: HAIKAL, FAWWAZ
HAIKAL, SUSAN
Taxpayer ID No: 75-6818498
For Period Ending: 07/07/09

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5324 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/10/09 | 001011 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000011, Payment 77% | 7100-000 | | 629.57 | 3,248.13 |
| 04/10/09 | 001012 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000012, Payment 77% | 7100-000 | | 1,765.49 | 1,482.64 |
| 04/10/09 | 001013 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000013, Payment 77% | 7100-000 | | 599.95 | 882.69 |
| 04/10/09 | 001014 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000014, Payment 77% | 7100-000 | | 882.69 | 0.00 |

Page Subtotals 0.00 3,877.70

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

Case No: 07-04270 -ERW
Case Name: HAIKAL, FAWWAZ
HAIKAL, SUSAN
Taxpayer ID No: 75-6818498
For Period Ending: 07/07/09

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: *******5324 GENERAL CHECKING
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 49,262.08 | 49,262.08 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 49,262.08 | 0.00 | |
| | | | Subtotal | | 0.00 | 49,262.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 49,262.08 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | MONEY MARKET - ********3765 | | 50,304.35 | 1,042.27 | 0.00 |
| | | | GENERAL CHECKING - ********5324 | | 0.00 | 49,262.08 | 0.00 |
| | | | | | 50,304.35 | 50,304.35 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: /s/ Frances Gecker Date: ______
FRANCES GECKER

| Page Subtotals | 0.00 | 0.00 |
|---|---|---|